# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

In re: JAMES P. COLLINS ) Case No. 17-12133-aih
       LYNETTE COLLINS ) Chapter 13 Proceedings
       Debtor ) Judge Arthur I. Harris

## TRUSTEE'S NOTICE OF FINAL CURE PAYMENT

    LAUREN A. HELBLING, Chapter 13 Bankruptcy Trustee files notice that the claim described below has been paid in full.

### Claim Information

Creditor: US BANK TRUST NATIONAL ASSOC

Proof of Claim number on Bankruptcy Court's Claims Register: 5

Last 4 digits of number used to identify Debtor's account: 4882

### Trustee Payment Information

#### Prepetition Mortgage Arrearage

    Amount stated on Proof of Claim: $41,086.96

    Amount paid by Trustee: $41,086.96

#### Ongoing Mortgage Payments

    __X__ Paid by Trustee through the Chapter 13 Plan

        i.   Total paid to date by the Trustee: $113,968.65

        ii.  A mortgage payment was mailed by the Trustee on December 8, 2021, in the amount of $1,980.86 for the payment due November 1, 2021.

        iii. A closing letter will be sent to all parties indicating when the debtor(s) should begin making their mortgage payments directly to the mortgage company.

    __ Paid direct by the Debtor

    Pursuant to Federal Bankruptcy Rule 3002.1(g), within 21 days of the service of this Notice, the creditor shall file and serve on the Debtor, Debtor's counsel and Trustee a statement (1) indicating whether it agrees that the Debtor has paid in full the amount required to cure the default on the claim, and (2) whether the Debtor is otherwise current on all payments consistent with Section 1322(b)(5) of the Bankruptcy Code. The statement shall itemize the required cure and/or post-petition amounts, if any, that the creditor contends remain unpaid as of the date of the statement.

    /S/ Lauren A. Helbling
    LAUREN A. HELBLING (#0038934)
    Chapter 13 Trustee
    200 Public Square, Suite 3860
    Cleveland OH 44114-2321
    Phone (216) 621-4268    Fax (216) 621-4806
    Ch13trustee@ch13cleve.com

# CERTIFICATE OF SERVICE

I certify that on December 27, 2021, a true and correct copy of this Notice of Final Cure Payment was served:

Via the Court's Electronic Case Filing System on these entities and individuals who are listed on the Court's Electronic Mail Notice List:

    PAUL J. SILVER, Esq., on behalf of JAMES P. & LYNETTE COLLINS, Debtor, at paulsilveresq@gmail.com

    STEPHEN R. FRANKS, Esq., on behalf of US BANK TRUST NATIONAL ASSOC, Creditor, at amps@manleydeas.com

And by regular U.S. mail, postage prepaid, on:

    JAMES P. & LYNETTE COLLINS, Debtor(s), at 370 NELMER DR, PAINESVILLE, OH 44077

    US BANK TRUST NATIONAL ASSOC , at c/o SN SERVICING CORP, 323 5TH ST, EUREKA , CA 95501

    /S/ Lauren A. Helbling
    LAUREN A. HELBLING (#0038934)
    Chapter 13 Trustee
    200 Public Square, Suite 3860
    Cleveland OH 44114-2321
    Phone (216) 621-4268    Fax (216) 621-4806
    Ch13trustee@ch13cleve.com